UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA CHAVEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>KINGS COUNTY, et al.,<br><br>Defendants. | No. 1:20-cv-00532-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 8.)<br><br>ORDER DISMISSING CASE FOR FAILURE TO OBEY COURT ORDER, FAILURE TO STATE A CLAIM, AND FAILURE TO PROSECUTE<br><br>(Doc. No. 6.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Pablo Mendoza Chavez is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed based on plaintiff's failure to obey the court's order issued on July 29, 2021, failure to state a claim, and failure to prosecute. (Doc. No. 8.) The pending findings and recommendations were served on plaintiff and

1 contained notice that any objections thereto were to be filed within fourteen (14) days from the
2 date of service. (*Id.*)  To date, no objections to the findings and recommendations have been
3 filed with the court, and the time in which to do so has now passed.[1]

4     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted
5 a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the
6 findings and recommendations to be supported by the record and by proper analysis.

7     Accordingly,

8     1.    The findings and recommendations issued by the magistrate judge on September
9         2, 2021, are adopted in full;

10     2.    This action is dismissed based on plaintiff's failure to obey the court's order
11         issued on July 29, 2021, failure to prosecute, and failure to state a claim; and

12     3.    The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 5, 2021**

                            UNITED STATES DISTRICT JUDGE

---

[1] On September 16, 2021, the United States Postmaster returned the findings and recommendations to the court with the notation, "Undeliverable, Inmate Not Here." (Court record.) Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).